IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONSO RICKS, : | |
|      Petitioner, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 08-3182 |
| COMMONWEALTH OF PENNSYLVANIA : | |
| BOARD OF PROBATION AND PAROLE, : | |
| ET AL., : | |
|      Respondents. : | |

## ORDER

**AND NOW**, this _____ day of January, 2009, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and the Government's Response, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Thomas J. Rueter (Doc. 10), **IT IS HEREBY ORDERED and DECREED** as follows:

1. The Report and Recommendation is **APPROVED and ADOPTED**, and

2. The habeas petition is **DISMISSED** without an evidentiary hearing and no certificate of appealability shall be issued.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Reconsideration (Doc. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Honorable Petrese B. Tucker, U.S.D.J.**